UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

JUDITH APRILE, individually,

       Plaintiff,

vs.

TIME WARNER, INC., etc., *et al*.,

       Defendant,

2:09-cv-182-LDG-RJJ

O R D E R

The Court having reviewed this matter and good cause appearing therefore,

IT IS HEREBY ORDERED that on or before March 29, 2011, the parties shall submit a proposed discovery plan/scheduling order in compliance with the rules of this court.

DATED this  15th  day of March, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge