```
NTC
NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
TROY A. CLARK, ESQ.
Nevada State Bar No. 11361
BREMER WHYTE BROWN & O'MEARA LLP
7670 WEST LAKE MEAD BOULEVARD
SUITE 225
LAS VEGAS, NV 89128
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerandwhyte.com
tclark@bremerandwhyte.com

Attorneys for Defendant,
NEW LINE CINEMA
```

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| JUDITH APRILE, individually;, | Case No. 2:09-cv-00182-LDG-RJJ |
| Plaintiff, | |
| vs. | |
| NEW LINE CINEMA, INC., a Delaware corporation, 1 through 100; and ROE CORPORATIONS 101 through 200;, | **NOTICE OF WITHDRAWAL OF NEW LINE CINEMA'S MOTION TO COMPEL DISCOVERY** |
| Defendants. | |
| NEW LINE CINEMA, INC., a Delaware corporation, 1 through 100; and ROE CORPORATIONS 101 through 200;, | |
| Third-Party Plaintiff, | |
| vs. | |
| MT. CHARLESTON RESORT, LLC, a Nevada corporation, 1 through 100; and ROE CORPORATIONS 101 through 200;, | |
| Third-Party Defendant. | |

COMES NOW. Defendant TIME WARNER INC., (hereinafter "TIME WARNER"), and NEW LINE CINEMA ("NEW LINE") by and through their attorney of record, Nelson L. Cohen,

///

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258-6665

H:\1287.227\CF Withdraw - Motion to Compel 001.doc

Esq., and Troy A. Clark, Esq., of the law firm BREMER, WHYTE, BROWN & O'MEARA, LLP, and hereby withdraws its Motion to Compel Discovery for the Court to hear said motion.

Dated: September 26, 2011

BREMER WHYTE BROWN & O'MEARA LLP

By: *Troy A. Clark*
Nelson L. Cohen, Esq.
Nevada State Bar No. 7657
Troy A. Clark, Esq.
Nevada State Bar No. 11361
Attorneys for Defendant
NEW LINE CINEMA

```
IT IS SO ORDERED. [36] Motion to Compel is withdrawn from
consideration by the court.
DATED: SEPTEMBER 26, 2011
_____
UNITED STATES MAGISTRATE JUDGE
```

BREMER WHYTE BROWN & O'MEARA LLP
7670 West Lake Mead Blvd
Suite 225
Las Vegas, NV 89128
(702) 258-6665

2

H:1287.227 CF Withdraw - Motion to Compel 001.doc