S/IP
NELSON L. COHEN, ESQ.
Nevada State Bar No. 7657
TROY A. CLARK, ESQ.
Nevada State Bar No. 11361
BREMER WHYTE BROWN & O'MEARA LLP
7670 WEST LAKE MEAD BOULEVARD
SUITE 225
LAS VEGAS, NV 89128
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
ncohen@bremerandwhyte.com
tclark@bremerandwhyte.com

Attorneys for Defendant,
NEW LINE CINEMA

UNITED STATES DISTRICT COURT

| | |
|---|---|
| JUDITH APRILE, individually, | Case No. 2:09-cv-00182-LDG-RJJ |
| Plaintiff, | |
| vs. | STIPULATION/ORDER FOR DISMISSAL WITH PREJUDICE |
| NEW LINE CINEMA, INC., a Delaware corporation, 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| Defendants. | |
| NEW LINE CINEMA, INC., a Delaware corporation, 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| Third-Party Plaintiff, | |
| vs. | |
| MT. CHARLESTON RESORT, LLC, a Nevada corporation, MT. CHARLESTON HOTEL, LLC, a Nevada corporation, 1 through 100; and ROE CORPORATIONS 101 through 200, | |
| Third-Party Defendant. | |

COMES NOW, Defendant NEW LINE CINEMA, (hereinafter "NEW LINE"), by and through its attorney of record, Nelson L. Cohen, Esq. of the law firm BREMER, WHYTE, BROWN & O'MEARA, LLP, Plaintiff Judith Aprile, by and through her attorney Christopher Burk, Esq. of the law firm of JACK BERNSTEIN & ASSOCIATES, LLP, and MT.

1  CHARLESTON RESORT LLC and MT. CHARLESTONS HOTEL LLC, by and through their
2  attorney of record, Soonhee A. Bail, Esq., of the Law Offices Of OLSON, CANNON,
3  GORMLEY & DESRUISSEAUX, and hereby agree to Stipulate as follows:
4      This matter is to be dismissed with prejudice with all parties to pay their own attorneys' fees
5  and costs.
6  Dated this /3 of March, 2012           Date this 6 of ~~March~~ April, 2012
7  JACK BERNSTEIN & ASSOCIATES            BREMER, WHYTE, BROWN & O'MEARA
8
9
                                          By: _Troy Clare_ 11361
10  Christopher Burk, Esq.                    Nelson L. Cohen, Esq.
    Nevada State Bar No. 8976                 Nevada State Bar No. 7657
11  Attorney for Plaintiff,                   Attorneys for Defendant,
    Judith Aprile                             Time Warner, Inc.
12
13  Date this _____ of March, 2012
14  LAW OFFICES Of OLSON, CANNON,
    GORMLEY & DESRUISSEAUX
15
16
    By: _____
17  Soonhee A. Bail, Esq.
    Nevada State Bar No.
18  Attorney for Third-Party Defendants,
    Mt. Charleston Hotel, LLC &
19  Mt. Charleston Resort LLC
20
21
22
23
24
25
26
27
28

2

**ORDER**

The foregoing Stipulation is hereby entered as an Order of this Court.

IT IS SO ORDERED.

Dated this 10 day of April 2012

_____
FEDERAL DISTRICT COURT
JUDGE

Submitted by:

BREMER WHYTE BROWN & O'MEARA LLP

_Troy Clark_ 11361

NELSON L. COHEN, ESQ.
Nevada Bar No. 7657
Attorneys for Defendant
NEW LINE CINEMA, LLC.

3

H:\1287\222\CE Stip - Dismissal 001.doc